# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ **Division**

In re  Tony Randal White
     Doris Michelle White           Case No. 22-30011-KRH

         Debtor(s)             Chapter 13

## ORDER OF DISMISSAL
## UPON DENIAL OF CONFIRMATION

On _____July 13, 2022_____, the Court entered an Order Denying Confirmation and providing that the debtor's case would be dismissed unless, within 21 days, the debtor(s) took action under Local Bankruptcy Rule 3015-2;

  **X**   It appears that the debtor(s) has not taken such action within the time given,

  ____   The debtor(s) having requested and received an extension of time within which to take action under Local Bankruptcy Rule 3015-2. It appears that the debtor(s) has not taken such action within the time given,

It is, therefore,

**ORDERED**, pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed; and it is further

*[If appropriate]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____313.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

                                WILLIAM C. REDDEN
                                Clerk of Court

Date: August 8, 2022           By /s/: N. Bullock
                                         Deputy Clerk

                                NOTICE OF JUDGMENT OR ORDER
                                ENTERED ON DOCKET:

                                August 8, 2022

[odisdnco ver. 12/09]

In re:  Case No. 22-30011-KRH
Tony Randal White  Chapter 13
Doris Michelle White
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 2
Date Rcvd: Aug 08, 2022     Form ID: pdford6     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Randal White, Doris Michelle White, 2817 Venter Road, Aylett, VA 23009-3148 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Carl M. Bates | on behalf of Trustee Carl M. Bates station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Craig Brandon Rule | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com ecfaccount@orlans.com |
| Daniel James Webster | on behalf of Debtor Tony Randal White ecf@bolemanlaw.com ecfbackup@bolemanlaw.com |
| Daniel James Webster | on behalf of Joint Debtor Doris Michelle White ecf@bolemanlaw.com ecfbackup@bolemanlaw.com |

| | |
|---|---|
| Daniel Kevin Eisenhauer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com ecfaccount@orlans.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Patrick Thomas Keith | on behalf of Debtor Tony Randal White ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |
| Patrick Thomas Keith | on behalf of Joint Debtor Doris Michelle White ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |

TOTAL: 9

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 2 of 2 |
| Date Rcvd: Aug 08, 2022 | Form ID: pdford6 | Total Noticed: 1 |

| | |
|---|---|
| Daniel Kevin Eisenhauer | |
| John P. Fitzgerald, III | |
| Patrick Thomas Keith | |
| Patrick Thomas Keith | on behalf of Joint Debtor Doris Michelle White |